IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| CALVIN CHOICE, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff-Appellant, | ) ) ) ) ) | 7CCA: 21-2288 |
| v. | ) ) | Case No.: 19cv05773 |
| UNIFUND CCR, LLC, and KOHN LAW FIRM S.C., | ) ) ) ) | Appeal from the |
| Defendant-Appellee. | ) ) ) ) ) | U.S. District Court for the Northern District of Illinois Honorable Sharon Johnson Coleman Presiding |

**PLAINTIFF-APPELLANT'S FOURTH AND FINAL MOTION
FOR AN EXTENSION OF TIME TO FILE HIS OPENING BRIEF**

Calvin Choice, Appellant herein, by his counsel, Mario Kris Kasalo, moves for a final 30-day extension of time within which he may file his opening brief in the above-captioned matter, from the current deadline of July 6, 2022 to August 5, 2022. In support of this motion, the declaration of Appellant's counsel, Mario Kris Kasalo, is attached.

By:  /s/ Mario Kris Kasalo
Mario Kris Kasalo

**The Law Office of M. Kris Kasalo, Ltd.**
4950 Madison Street
PO Box 1425
Skokie, Illinois 60076
Ph: 312-726-6160
Fx: 312-698-5054
Mario.kasalo@kasalolaw.com

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| **CALVIN CHOICE, on behalf of himself and all others similarly situated,** | ) ) ) | |
| Plaintiff-Appellant, | ) ) ) ) ) | 7CCA: 21-2288 |
| v. | ) ) | Case No.: 19cv05773 |
| **UNIFUND CCR, LLC, and KOHN LAW FIRM S.C.,** | ) ) ) ) | **Appeal from the** |
| Defendant-Appellee. | ) ) ) ) ) | **U.S. District Court for the Northern District of Illinois** **Honorable Sharon Johnson Coleman Presiding** |

## DECLARATION

Mario Kris Kasalo, of The Law Office of M. Kris Kasalo, Ltd., Chicago, IL, states as follows:

1. I am the attorney for Appellant in the above-captioned appeal.

2. This is the Appellant's fourth motion seeking to request an extension of time to file Appellant's opening brief in this appeal. I am seeking an extension to the deadline in this case for the following reasons:

    A. I currently am recovering from COVID-19, which has taken away from my ability to finalize the opening brief in this case by the previously-set deadline.

    B. I am a solo practitioner, and am the sole attorney representing the Appellant in this Appeal. I have had to substantially scale down the volume of my

practice due to the effects of long COVID, and have moved my office to a home setting as a result. This has affected my ability to timely file the opening brief.

C. The motion is not interposed for delay but is based on the circumstances outlined above. Further, no party will be prejudiced by the allowance of this request.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 5th day of July 2022, in Chicago, Illinois.

By: /s/ Mario Kris Kasalo
Mario Kris Kasalo

**The Law Office of M. Kris Kasalo, Ltd.**
4950 Madison Street
PO Box 1425
Skokie, Illinois 60076
Ph: 312-726-6160
Fx: 312-698-5054
Mario.kasalo@kasalolaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2022, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Seventh Circuit using the CM/ECF system, which will send notification of such filing to all registered parties of record.

By: /s/ Mario Kris Kasalo
Mario Kris Kasalo

3