# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| CALVIN CHOICE, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff-Appellant, | ) ) ) ) ) | 7CCA: 21-2288 |
| v. | ) ) | Case No.: 19cv05773 |
| UNIFUND CCR, LLC, and KOHN LAW FIRM S.C., | ) ) ) ) | Appeal from the |
| Defendant-Appellee. | ) ) ) ) ) | U.S. District Court for the Northern District of Illinois Honorable Sharon Johnson Coleman Presiding |

### PLAINTIFF-APPELLANT'S EMERGENCY MOTION FOR POSTPONEMENT OF ORAL ARGUMENT PURSUANT TO CIR. R. 34(e)

Calvin Choice, Appellant herein, by his counsel, Mario Kris Kasalo, moves to postpone and thus reset the oral argument currently set for November 29, 2022 at 9:30 a.m. to a date 30 days thereafter, and/or for a date thereafter convenient for the Court. In support of this motion, the declaration of Appellant's counsel, Mario Kris Kasalo, is attached.

By: /s/ Mario Kris Kasalo
Mario Kris Kasalo

**The Law Office of M. Kris Kasalo, Ltd.**
4950 Madison Street
PO Box 1425
Skokie, Illinois 60077
Ph: 312-726-6160
Fx: 312-698-5054
Mario.kasalo@kasalolaw.com

1

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | | |
|---|---|---|
| CALVIN CHOICE, on behalf of himself and all others similarly situated, | ) ) ) | |
| Plaintiff-Appellant, | ) ) ) ) ) | 7CCA: 21-2288 |
| v. | ) ) | Case No.: 19cv05773 |
| UNIFUND CCR, LLC, and KOHN LAW FIRM S.C., | ) ) ) ) | Appeal from the |
| Defendant-Appellee. | ) ) ) ) | U.S. District Court for the Northern District of Illinois |
| | ) ) | Honorable Sharon Johnson Coleman Presiding |

# DECLARATION

Mario Kris Kasalo, of The Law Office of M. Kris Kasalo, Ltd., Chicago, IL, states as follows:

1. I am the attorney for Appellant in the above-captioned appeal.

2. During the Thanksgiving Holiday, I was exposed to individuals who I later discovered were infected with COVID-19.

3. On November 28, 2022, I became ill with a high-grade fever, malaise and other symptoms indicative of a COVID-19 infection.

4. I do not wish to expose others by appearing for oral argument if I am infected, and I am unable to finalize my preparation for the oral argument set in this matter, and/or present argument, as I am currently ill and bedridden.

5. I am a solo practitioner and the only attorney for Appellant in this appeal.

6. I thus request that the oral argument set to proceed on November 29, 2022 at 9:30 a.m. be reset to a later date of 30 days thereafter, and/or for a date thereafter convenient for the Court, pursuant to Cir.R. 34(e).

7. The motion is not interposed for delay but is based on the circumstances outlined above.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed this 28th day of November 2022, in Chicago, Illinois.

> By: /s/ Mario Kris Kasalo
> Mario Kris Kasalo

**The Law Office of M. Kris Kasalo, Ltd.**
4950 Madison Street
PO Box 1425
Skokie, Illinois 60077
Ph: 312-726-6160
Fx: 312-698-5054
Mario.kasalo@kasalolaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 28, 2022, I electronically filed the foregoing document with the Clerk of the United States Court of Appeals for the Seventh Circuit using the CM/ECF system, which will send notification of such filing to all registered parties of record.

By: /s/ Mario Kris Kasalo
Mario Kris Kasalo
