# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

November 28, 2022

*By the Court*:

| No. 21-2288 | CALVIN J. CHOICE,<br>        Plaintiff - Appellant<br><br>v.<br><br>KOHN LAW FIRM, S.C. and UNIFUND CCR, LLC,<br>        Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-05773<br>Northern District of Illinois, Eastern Division<br>District Judge Sharon Johnson Coleman ||

    Upon consideration of the **PLAINTIFF-APPELLANT'S EMERGENCY MOTION FOR POSTPONEMENT OF ORAL ARGUMENT PURSUANT TO CIR. R. 34(e)**, filed on November 28, 2022, by counsel for the appellant,

    **IT IS ORDERED** that the motion is **GRANTED**, and oral argument in this appeal, scheduled for November 29, 2022, is **VACATED**. Oral argument will be rescheduled by separate order.

form name: **c7_Order_Arg_M_O_Vac**     (form ID: **224**)