**No. 21-2288**

**IN THE
UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

| | |
|---|---|
| Calvin Choice, | ) Appeal from the United States |
| *Plaintiff-Appellant,* | ) District Court for the Northern |
| | ) District of Illinois |
| v. | ) |
| | ) No. 19 cv 5773 |
| Unifund CCR, LLC, et al., | ) |
| | ) The Honorable |
| | ) Sharon Johnson Coleman, |
| *Defendants-Appellees.* | ) Judge Presiding. |

**UNOPPOSED MOTION TO RESCHEDULE ORAL ARGUMENT
IN LIGHT OF CONFLICT**

Defendant-Appellee Kohn Law Firm, S.C. respectfully and reluctantly requests that this Court reschedule oral argument for the following reasons:

1.   On October 25, 2022, this Court sent notice that oral argument of this appeal was set to take place on November 29, 2022. (Dkt. No. 37.)

2.   On November 28, 2022, plaintiff-appellant Calvin Choice moved to postpone the oral argument due to counsel's illness. (Dkt. No. 44.)

3.   This Court promptly granted Choice's motion, vacated the November 29, 2022 oral argument, and indicated that oral argument would be rescheduled by separate order. (Dkt. No. 45.)

4.      On December 2, 2022, after reviewing the issues presented and arguments made, the parties jointly moved to waive oral argument and requested that the appeal be submitted on the briefs under Circuit Rule 34(e). (Dkt. No. 46.)

5.      On December 6, 2022, this Court denied the joint motion to waive oral argument in this appeal (Dkt. No. 47) and reset oral argument for February 7, 2023, at 2:00 p.m. CST (Dkt. No. 48).

6.      On October 5, 2022, prior to the original argument date, the Kohn Law Firm had filed notice of the dates on which counsel would be unavailable for oral argument. (Dkt. No. 33[1].) At that time, counsel had no conflicting obligations on February 7, 2023.

7.      On November 27, 2022, however—one day before Choice moved to reschedule the November 29 argument date—the Ninth Circuit Court of Appeals set oral argument on February 7, 2023 at 9:00 a.m. MST in *Janis Wolf v. Carpenter, Hazelwood, Delgado, & Bolen, LLP*, United States Court of Appeals, Ninth Circuit, No. 22-15233.

8.      Attorney David M. Schultz is responsible for presenting oral argument on behalf of defendant-appellee Carpenter, Hazelwood, Delgado, & Bolen, LLP before the Ninth Circuit in the morning on February 7 and is responsible for presenting oral argument before this Court that afternoon on behalf of both defendants-appellees (Kohn Law Firm, S.C. and Unifund CCR, LLC).

---

[1] The notice of unavailability was filed by attorney Louis Manetti as to all counsel for the Kohn Law Firm. Mr. Manetti subsequently left Hinshaw & Culbertson LLP on or about December 5, 2022, and is no longer representing the Kohn Law Firm in this matter.

9.  Although it appears highly likely that the oral argument before the Ninth Circuit will have concluded prior to commencement of the oral argument scheduled in this matter, counsel for Kohn Law Firm, S.C., is concerned that the tight turnaround time between the two arguments will impede his ability to properly prepare for and focus on the argument before this Court.

10. In light of these circumstances, defendant-appellee Kohn Law Firm, S.C., respectfully requests that this Court reschedule oral argument in this case. Counsel for Kohn Law Firm, S.C. is available any date from February 8 to March 22.

11. The undersigned has conferred with counsel for the other parties to this appeal, and they have advised that they have no objection to this request. Counsel for Choice advises that from February 8 through March 22, he is available only on: March 1, 6, 7, 13, 16, 17 and 20.

WHEREFORE, defendant-appellee Kohn Law Firm, S.C. hereby requests that this Honorable Court reschedule oral argument, and for any further relief that this Court deems equitable and just.

>Respectfully submitted,
>/s/David M. Schultz
>David M. Schultz
>Hinshaw & Culbertson LLP
>151 N. Franklin St., Suite 2500
>Chicago, IL 60606
>312-704-3000
>
>*Attorneys for Kohn Law Firm, S.C.*

## ATTORNEY DECLARATION IN SUPPORT OF MOTION

I, David M. Schultz, declare, under penalty of perjury, that the statements in this declaration and in the foregoing **Unopposed Motion to Reschedule Oral Argument in Light of Conflict** are true and correct.:

1. I am one of the attorneys for the Defendant-Appellee, Kohn Law Firm, S.C.

2. On October 5, 2022, when my firm filed its notice of the dates counsel for the Kohn Law Firm would be unavailable for oral argument, I had no other commitments that would have conflicted with scheduling oral argument on February 7, 2023.

3. On November 27, 2022, the Ninth Circuit Court of Appeals issued notice that oral argument was to be set on February 7, 2023, on the 9:00 a.m. MST call in *Janis Wolf v. Carpenter, Hazelwood, Delgado, & Bolen, LLP*, United States Court of Appeals, Ninth Circuit, No. 22-15233. At that time, oral argument in the present appeal was set for November 29, 2022.

4. After counsel for plaintiff-appellant Calvin Choice moved to reschedule oral argument due to illness, all parties joined in a motion filed December 2, 2022, seeking to waive oral argument and asking this Court to take the appeal as submitted on the briefs.

5.     On December 6, 2022, this Court denied the motion to waive oral argument and set oral argument in this matter for February 7, 2023, at 2:00 p.m. CST.

6.     I am the attorney responsible for presenting oral argument before the Ninth Circuit on behalf of defendant-appellee Carpenter, Hazelwood, Delgado, & Bolen, LLP on February 7. I am also the attorney responsible for presenting oral argument on behalf of the defendants-appellees before this Court on that date.

7.     Given that oral argument has already been rescheduled once, I am reluctant to request that argument be rescheduled once again. Nevertheless, given the brief amount of time between the oral argument scheduled before the Ninth Circuit in the morning on February 7 and the oral argument before this Court a few hours later, I am concerned that I will be unable to adequately prepare for and focus on the oral argument before this Court.

8.     This motion is not brought for purposes of delay but, rather, to ensure that I am able to give this Court my full attention and focus.

               Respectfully submitted,

By:  s/ David M. Schultz
     One of Defendant-Appellee's attorneys
     HINSHAW & CULBERTSON LLP
     151 N. Franklin St., Suite 2500
     Chicago, IL 60606
     312/704-3000
     312/704-3001 – fax
     dschultz@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on **January 12, 2023,** I electronically filed the forgoing **Unopposed Motion to Reschedule Oral Argument in Light of Conflict** with the Clerk of the United States Court of Appeals for the Seventh Circuit, using the CM/ECF system reflecting service to be served upon all parties of record.

                                         HINSHAW & CULBERTSON LLP

                                         s/David M. Schultz
                                         HINSHAW & CULBERTSON LLP
                                         151 N. Franklin St., Suite 2500
                                         Chicago, IL 60606
                                         312/704-3000
                                         312/704-3001 – fax
                                         dschultz@hinshawlaw.com